```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 23656
  DONNA J HURST
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-6706
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/17/07 and confirmed on 03/13/08.

    2.  The case was dismissed after confirmation, 01/09/2009.

    3.  The Debtor paid a total of $   5960.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE C | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE C | MORTGAGE ARRE | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 20877.60 | 931.64 | 3767.76 |
| ECMC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 188.67 | .00 | .00 |
| FIG FEDERAL CREDIT UNION | UNSECURED | 876.14 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 178.37 | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| VICTORIAS SECRET | UNSECURED | NOT FILED | .00 | .00 |
| CALIFORNIA STUDENT AID C | UNSECURED | 7224.23 | .00 | .00 |
| CALIFORNIA STUDENT AID C | UNSECURED | 7975.31 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 20877.60 | .00 | 16442.72 | .00 | 37320.32 |
| PRINCIPAL PAID | 3767.76 | .00 | .00 | .00 | 3767.76 |
| INTEREST PAID | 931.64 | .00 | .00 | .00 | 931.64 |
| TOTAL PAID | 4699.40 | .00 | .00 | .00 | 4699.40 |

The Debtor's attorney, RUDDY MILROY & KING        , was allowed $   3500.00
and was paid $   2226.00   direct and $    927.06   through the plan.

The Trustee received $     333.54 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 03/12/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE